IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TAMMY L. LOANE-SWINFORD** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 06-CV-227-FHM |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the** ) | |
| **Social Security Administration,**[1] ) | |
| ) | |
|     **Defendant.** ) | |

### O R D E R

Upon consideration of Defendant's Motion to Reverse and Remand (Doc. #22), to which there is no objection, and for good cause shown, it is hereby ORDERED that the Commissioner's decision be reversed and this case remanded to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED this 9th, day of February, 2007.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 1, 2007, Michael J. Astrue was confirmed as Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for Jo Anne B. Barnhart the former Commissioner, as defendant in this case. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).